IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:11cv1750-Orl-28GJK

I. H., A MINOR, BY AND THROUGH HIS MOTHER AND NEXT BEST FRIEND, TEKELA CARTER,

    Plaintiff,

v.

FRANK MARINACCI
and UNITED STATES OF AMERICA

    Defendants.
_____/

## PLAINTIFF'S ORIGINAL COMPLAINT

COMES NOW, the Plaintiff, I. H., A MINOR, BY AND THROUGH HIS MOTHER AND NEXT BEST FRIEND, TEKELA CARTER, by and through the undersigned attorney, Jonathan I. Rotstein, Esquire, and hereby sues Defendants, FRANK MARINACCI and UNITED STATES OF AMERICA, and in support thereof states and alleges as follows:

### FACTS

1. This is an action for damages that exceed Fifteen Thousand Dollars ($15,000.00).

2. At all times material to this action, Plaintiff, I. H., A MINOR, BY AND THROUGH HIS MOTHER AND NEXT BEST FRIEND, TEKELA CARTER, resides in Daytona Beach, Volusia County, Florida, and is over the age of twenty-one (21).

LAW OFFICE OF
ROTSTEIN & SHIFFMAN, LLP
309 OAKRIDGE BOULEVARD
SUITE B
DAYTONA BEACH, FL 32118
(386) 252-5560
1-800-525-9139
FAX (386) 238-6999

3. At all times material to this action, Defendant, FRANK MARINACCI, resides in Daytona Beach, Volusia County, Florida and is over the age of twenty-one (21).

4. At all times material to this action, Defendant, UNITED STATES OF AMERICA is a federal governmental entity with business premises in Volusia County, Florida, being the United States Postal System.

5. The motor vehicle accident which is the subject matter of this litigation occurred in Daytona Beach, Volusia County, Florida.

6. This Honorable Court has jurisdiction over this lawsuit in that it is an action for money damages exceeding Fifteen Thousand Dollars ($15,000.00), the Defendant is a federal governmental entity, and the accident which is the subject of this lawsuit occurred in Volusia County, Florida.

## COUNT ONE

### NEGLIGENCE AGAINST DEFENDANT FRANK MARINACCI

7. Plaintiff is entitled to relief against Defendant, FRANK MARINACCI based upon the following facts:

(a) Plaintiff realleges and reavers each and every allegation contained in paragraphs 1 though 6 above as though stated herein.

8. On or about September 13, 2008, Plaintiff, I. H., A MINOR, BY AND THROUGH HIS MOTHER AND NEXT BEST FRIEND, TEKELA CARTER, was riding his bicycle in the 1100 Block of Lakewood Park Drive in Daytona Beach, Volusia County, Florida.

9. That on the aforementioned date, Defendant, FRANK MARINACCI, a agent, employee or servant of Defendant, UNITED STATES OF AMERICA, operated a 1987 Grumman, license number 7204752, within the scope of his employment, owned by Defendant, UNITED STATES OF AMERICA, which traveling south on Lakewood Park Drive in Daytona Beach, Volusia County, Florida.

10. At the aforementioned time and place, Defendant, FRANK MARINACCI, negligently operated or maintained the motor vehicle he was operating, so that he struck the Plaintiff, I. H., A MINOR, BY AND THROUGH HIS MOTHER AND NEXT BEST FRIEND, TEKELA CARTER, resulting in severe and permanent injuries to Plaintiff.

11. That Florida Statute Section 316.1925(1) states:

> Any person operating a vehicle upon the streets or highways within the state shall drive the same in a careful and prudent manner, having regard for the width, grade, curves, corners, traffic, and all other attendant circumstances, so as not to endanger the life, limb, or property of any person. Failure to drive in such manner shall constitute careless driving and a violation of this section.

12. That at the aforesaid time and place, Defendant, FRANK MARINACCI, violated Florida Statute 316.1925(1) by:

a) carelessly following the Plaintiffs' bicycle so close as to blatantly disregard the possibility of collision.

13. That at the aforesaid time and place, the Defendant, FRANK MARINACCI, was careless, wrongful and negligent in that he failed to use due care, that he drove said vehicle in a careless fashion, that he failed to maintain a single lane, that he failed to keep a proper lookout for the vehicles and other vehicles on the roadway, that he failed to maintain

a safe speed, that he failed to adequately and competently apply brakes in order to avoid the great and severe impact which occurred as aforedescribed; all of the aforedescribed acts of carelessness, wrongfulness and negligence being independent and proximate causes of the great and severe impact which occurred as aforedescribed.

14. As a direct and proximate result of the aforedescribed careless, wrongful and negligent acts of the Defendant, FRANK MARINACCI, Plaintiff, I. H., A MINOR, BY AND THROUGH HIS MOTHER AND NEXT BEST FRIEND, TEKELA CARTER, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment. The losses are either permanent or continuing, and Plaintiff will continue to suffer the losses in the future.

WHEREFORE, Plaintiff, I. H., A MINOR, BY AND THROUGH HIS MOTHER AND NEXT BEST FRIEND, TEKELA CARTER, demands judgment for damages and costs in an amount exceeding Fifteen Thousand Dollars ($15,000.00) against Defendant, FRANK MARINACCI, plus the costs of the court, and trial by jury.

## COUNT TWO

### DANGEROUS INSTRUMENTALITY DOCTRINE
### AGAINST DEFENDANT, UNITED STATES OF AMERICA

15. Plaintiff is entitled to relief against Defendant, UNITED STATES OF AMERICA, based upon the following facts:

(a) Plaintiff realleges and reavers each and every allegation contained in paragraphs 1 though 6 above as though stated herein.

16. On or about September 13, 2008, Plaintiff, I. H., A MINOR, BY AND THROUGH HIS MOTHER AND NEXT BEST FRIEND, TEKELA CARTER, was riding his bicycle in the 1100 Block of Lakewood Park Drive in Daytona Beach, Volusia County, Florida.

17. That on the aforementioned date, Defendant, FRANK MARINACCI, a agent, employee or servant of Defendant, UNITED STATES OF AMERICA, operated a 1987 Grumman, license number 7204752, within the scope of his employment, owned by Defendant, UNITED STATES OF AMERICA, which traveling south on Lakewood Park Drive in Daytona Beach, Volusia County, Florida.

18. At the aforementioned time and place, Defendant, FRANK MARINACCI, negligently operated or maintained the motor vehicle he was operating, so that he struck the Plaintiff, I. H., A MINOR, BY AND THROUGH HIS MOTHER AND NEXT BEST FRIEND, TEKELA CARTER, resulting in severe and permanent injuries to Plaintiff.

19. Defendant, UNITED STATES OF AMERICA, owned the aforedescribed motor vehicle driven by Defendant, FRANK MARINACCI, and allowed Defendant, FRANK MARINACCI, to operate said vehicle with his knowledge and express consent.

20. Defendant, UNITED STATES OF AMERICA, is vicariously liable for the negligence of Defendant, FRANK MARINACCI, under the Dangerous Instrumentality Doctrine.

21. That at the aforesaid time and place, the Defendant, FRANK MARINACCI, was careless, wrongful and negligent in that he failed to use due care, that he drove said vehicle in a careless fashion, that he failed to maintain a single lane, that he failed to keep a

proper lookout for the vehicles and other vehicles on the roadway, that he failed to maintain a safe speed, that he failed to adequately and competently apply brakes in order to avoid the great and severe impact which occurred as aforedescribed; all of the aforedescribed acts of carelessness, wrongfulness and negligence being independent and proximate causes of the great and severe impact which occurred as aforedescribed.

22. As a direct and proximate result of the aforedescribed careless, wrongful and negligent acts of the Defendant, UNITED STATES OF AMERICA, Plaintiff, I. H., A MINOR, BY AND THROUGH HIS MOTHER AND NEXT BEST FRIEND, TEKELA CARTER, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment. The losses are either permanent or continuing, and Plaintiff will continue to suffer the losses in the future.

WHEREFORE, Plaintiff, I. H., , A MINOR, BY AND THROUGH HIS MOTHER AND NEXT BEST FRIEND, TEKELA CARTER, demands judgment for damages and costs in an amount exceeding Fifteen Thousand Dollars ($15,000.00) against Defendant, UNITED STATES OF AMERICA, plus the costs of the court, and trial by jury.

Dated this 1ST day of November, 2011.

Respectfully submitted,

_____
JONATHAN I. ROTSTEIN, ESQUIRE
Law Offices of Rotstein & Shiffman, LLP
Florida Bar No.: 909580
309 Oakridge Blvd., Ste. B
Daytona Beach, Fl 32118
(386) 252-5560 (ddw)
Attorney for Plaintiff